JULIA M. WEIR et al., Respondents, v. LEO BOORSTEIN, Appellant.— Motion by appellant to stay all proceedings, pending appeal from order dated December 6, 1960, setting aside jury's verdict and directing new trial, granted. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

FREDERICK PIUS et al., Respondents, v. ALFRED E. TEMME, Appellant.— Motion by respondents to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The appellant's brief must be served and filed on or before January 13, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

# (January 9, 1961)

(A) AUSTEIN G. BERGVALL, Appellant, v. REICHERT TOWING LINE, INC., Respondent. (B) MARY F. KETTRELES, Respondent, v. JAMES KETTRELES, Appellant.— [In each action] Motion by respondent to dismiss appeal granted, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

EMPIRE STATE MORTGAGEE CORP., Respondent, v. MORRIS GOODMAN et al., Appellants.— Motion by respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the March Term, beginning February 27, 1961. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before February 9, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

FRANKLIN DISCOUNT COMPANY, Appellant, v. CHARLES FODER et al., Respondents.— Motion by plaintiff for leave to appeal to this court from order of the Appellate Term, denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

JULIUS M. GERZOF, Respondent, v. TOWN OF HUNTINGTON, Appellant.— Motion by respondent for an order amending the remittitur and the order of this court, dated June 22, 1959, so as to strike out the provision awarding costs to the appellant. Motion denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

GRACE HOWARD, Individually and as Executrix of ALLEN HOWARD, Deceased, Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Motion by respondents to dismiss appeal, denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

In the Matter of EDWARD S. SILVER, as District Attorney of the County of Kings, Petitioner, v. ALEX ASSAEL, an Attorney, Respondent.— Motion by respondent for reconsideration of the court's decision of December 14, 1960 (ante, p. 631), confirming the report of the Special Referee and directing his disbarment, denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.